UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AKANIYENE WILLIAM ETUK,

                                        Plaintiff,

                   -v.-

THE CITY OF NEW YORK; JACOBI
MEDICAL CENTER; BRONXWORKS;
DHS OFFICER HARVEY #825; MISS
GENESIS; NYPD JOHN DOE OFFICERS
1-10,

                                        Defendants.

---

24 Civ. 4957 (KPF)

**ORDER OF SERVICE**

KATHERINE POLK FAILLA, District Judge:

Plaintiff Akaniyene William Etuk, who is appearing *pro se*, brings this action under the court's federal-question jurisdiction, seeking damages, injunctive relief, and declaratory relief.  He sues: (i) the City of New York; (ii) Jacobi Medical Center ("Jacobi"); (iii) BronxWorks, a Bronx social services organization; (iv) New York City Department of Homeless Services ("DHS") Officer Harvey #825; (v) BronxWorks Assistant Director Miss Genesis; and (vi) New York City Police Department ("NYPD") John Doe Officers 1-10.  The Court construes Plaintiff's amended complaint, which is the operative pleading for this action (ECF 7), as asserting claims under 42 U.S.C. § 1983 and under state law.  The amended complaint arises from events occurring on July 6, 2023.

By order dated July 12, 2024, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.  For the reasons set forth below, the Court: (i) directs service on the City of New York, BronxWorks, Genesis, and Harvey; and (ii) directs the New York City Law

Department to provide Plaintiff and the Court with the identities, shield numbers, and services addresses of the NYPD officers involved with events alleged in Plaintiff's amended complaint.

## DISCUSSION

### A.    Order of Service

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker* v. *Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on the City of New York, BronxWorks, BronxWorks Assistant Director Miss Genesis, and DHS Officer Harvey #825, the Clerk of Court is instructed to fill out USMS Process Receipt and Return forms ("USM-285 forms") for those defendants. The Clerk of Court is further instructed to issue summonses for those defendants, and deliver to the USMS all the paperwork necessary for the USMS to effect service upon those defendants.

If the amended complaint is not served on those defendants within 90 days after the date that summonses for those defendants have issued, Plaintiff

---

[1]    Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued.  The Court therefore extends the time to serve until 90 days after the date that any summonses issue.

should request an extension of time for service. *See Meilleur* v. *Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

**B.    The Unidentified "John Doe" Defendants**

Under *Valentin* v. *Dinkins*, a *pro se* litigant is entitled to assistance from the Court in ascertaining an unidentified defendant's identity and a defendant's proper service address.  121 F.3d 72, 76 (2d Cir. 1997).  In the amended complaint, Plaintiff supplies sufficient information to permit the NYPD to identify the John Doe NYPD officers who arrested Plaintiff on July 6, 2023.  It is therefore ordered that the New York City Law Department, which is the attorney for and agent of the NYPD, ascertain the identities, shield, numbers, and service addresses for these officers.  The New York City Law Department must provide this information to the Court and to Plaintiff within 60 days of the date of this Order.

Within 30 days of receiving this information, Plaintiff must file a second amended complaint naming these newly identified individuals as defendants and providing their service addresses.  The second amended complaint will replace, not supplement, the original complaint and the amended complaint.  A second amended complaint form that Plaintiff should complete is attached to this order.  Once Plaintiff has filed a second amended complaint, the Court will screen it and, if necessary, issue an order directing service on the newly identified defendants.

**CONCLUSION**

The Court directs the Clerk of Court to: (i) issue summonses for the City of New York, BronxWorks, BronxWorks Assistant Director Miss Genesis, and DHS Officer Harvey #825; (ii) complete USM-285 forms with the service addresses for those defendants and deliver all documents necessary to effect service of summonses and the amended complaint (ECF 7) on those defendants to the USMS; (iii) mail copies of this Order and the amended complaint to the New York City Law Department, 100 Church Street, New York, New York 10007; and (iv) mail an information package to Plaintiff.

The Court directs the New York City Law Department to provide Plaintiff and the Court with the identities, shield numbers, and service addresses of the NYPD officers involved in arresting Plaintiff on July 6, 2023.

A second amended complaint form is attached to this Order.

SO ORDERED.

Dated:   August 28, 2024
          New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge

## DEFENDANTS AND SERVICE ADDRESSES

1. The City of New York
   Law Department
   100 Church Street
   New York, New York 10007

2. BronxWorks
   Administration Office
   60 East Tremont Avenue
   Bronx, New York 10453

3. BronxWorks Assistant Director Miss Genesis
   Administration Office
   60 East Tremont Avenue
   Bronx, New York 10453

4. DHS Officer Harvey Shield # 825
   3600 Jerome Avenue
   Bronx, New York 10467

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____
_____
_____
_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

_____
_____
_____
_____
_____
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s).  If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names.  The names listed in the above caption must be identical to those contained in Part I.  Addresses should not be included here.)*

**AMENDED
COMPLAINT**
under the Civil Rights Act,
42 U.S.C. § 1983

(Prisoner Complaint)

Jury Trial:   ☐ Yes   ☐ No

(check one)

**I.     Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper as necessary.

Plaintiff          Name _____

                         ID # _____

                         Current Institution _____

                         Address _____

                                       _____

B.     List all defendants' names, positions, places of employment, and the address where each defendant may be served.  Make sure that the defendant(s) listed below are identical to those contained in the above caption.  Attach additional sheets of paper as necessary.

Defendant  No. 1      Name _____ Shield #_____

                               Where Currently Employed _____

                               Address _____

                                            _____

*Rev. 05/2010*                                          1

Defendant No. 2     Name _____ Shield #_____

                    Where Currently Employed _____

                    Address _____

                    _____


Defendant No. 3     Name _____ Shield #_____

                    Where Currently Employed _____

                    Address _____

                    _____


Defendant No. 4     Name _____ Shield #_____

                    Where Currently Employed _____

                    Address _____

                    _____


Defendant No. 5     Name _____ Shield #_____

                    Where Currently Employed _____

                    Address _____

                    _____


## II.     Statement of Claim:

State as briefly as possible the <u>facts</u> of your case.   Describe how each of the defendants named in the
caption of this complaint is involved in this action, along with the dates and locations of all relevant events.
You may wish to include further details such as the names of other persons involved in the events giving
rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims,
number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.


A.     In   what   institution   did   the   events   giving   rise   to   your   claim(s)   occur?

       _____

       _____


B.     Where   in   the   institution   did   the   events   giving   rise   to   your   claim(s)   occur?

       _____

       _____

       _____


C.     What   date   and   approximate   time   did   the   events   giving   rise   to   your   claim(s)   occur?

       _____

       _____

       _____


*Rev. 05/2010*                                    2

D.    Facts: _____

| | |
|---|---|
| **What happened to you?** | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| **Who did what?** | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| **Was anyone else involved?** | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |
| **Who else saw what happened?** | _____ |
| | _____ |
| | _____ |
| | _____ |
| | _____ |

## III.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

_____
_____
_____
_____
_____
_____

## IV.    Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes _____    No _____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____

_____

B.    Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes _____    No _____    Do Not Know _____

C.    Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes _____    No _____    Do Not Know _____

If YES, which claim(s)?    _____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes _____    No _____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes _____    No _____

E.    If you did file a grievance, about the events described in this complaint, where did you file the grievance?
_____

1.    Which claim(s) in this complaint did you grieve?    _____

_____

2.    What was the result, if any?    _____

_____

3.    What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process.    _____
_____
_____
_____
_____

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:    _____
_____
_____
_____
_____

2.    If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____
_____
_____
_____
_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____
_____
_____
_____
_____
_____
_____
_____

**Note:**    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _____

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

## VI.    Previous lawsuits:

On these claims

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____    No _____

*Rev. 05/2010*                                5

B.    If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below.  (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

    1.    Parties to the previous lawsuit:

Plaintiff  _____

Defendants  _____

    2.    Court (if federal court, name the district; if state court, name the county) _____
          _____

    3.    Docket or Index number _____

    4.    Name of Judge assigned to your case _____

    5.    Approximate date of filing lawsuit _____

    6.    Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

        If NO, give the approximate date of disposition _____

    7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
          _____
          _____

| On other claims |
| --- |

C.    Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

    Yes \_\_\_\_    No \_\_\_\_

D.    If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

    1.    Parties to the previous lawsuit:

Plaintiff  _____

Defendants  _____

    2.    Court (if federal court, name the district; if state court, name the county) _____
          _____

    3.    Docket or Index number _____

    4.    Name of Judge assigned to your case _____

    5.    Approximate date of filing lawsuit _____

    6.    Is the case still pending? Yes \_\_\_\_ No \_\_\_\_

        If NO, give the approximate date of disposition _____

    7.    What was the result of the case? (For example:  Was the case dismissed?  Was there judgment in your favor?  Was the case appealed?) _____
          _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this ____ day of _____, 20___.

Signature of Plaintiff    _____

Inmate Number    _____

Institution Address    _____

_____

_____

_____

<u>**Note**</u>:    All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:    _____